**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY M. LINDELL AND MARK POPE, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1: 11-cv-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

The Court having considered the parties' Stipulation to Extend Time to Respond to Complaint ("Stipulation") and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved; and

2. Defendants Synthes USA, Synthes USA Sales LLC and Synthes Spine Company, LP have to and including February 6, 2012 to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: __January 10, 2012__        _____/s/ Barbara A. McAuliffe_____
                            UNITED STATES MAGISTRATE JUDGE