# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, et al., | CASE NO. CV F 11-2053 LJO BAM |
| Plaintiffs, | **ORDER TO VACATE HEARING** |
| vs. | (Doc. 16.) |
| SYNTHES USA, et al., | |
| Defendants. / | |

On February 27, plaintiffs filed a first amended complaint as a matter of course under F.R.Civ.P. 15(a). As such, this Court VACATES the March 26, 2012 hearing on the defense pending F.R.Civ.P. 12(b)(6) motion to dismiss and will take no further action on the motion to dismiss. This Court directs the clerk to term doc. 16.

IT IS SO ORDERED.

**Dated:   February 29, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE