UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL AND MARK POPE, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 11-cv-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULE 144** |

The Court having considered the parties' Stipulation to Extend Time to Respond to First Amended Class Action Complaint ("Stipulation") and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved; and
2. Defendants Synthes USA, Synthes USA Sales LLC and Synthes Spine Company, LP have to and including March 29, 2012 to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint.

IT IS SO ORDERED.

Dated: __**March 9, 2012**__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**