IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL AND MARK POPE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULE 144** |

|   |   |
|---|---|
| 1 | The Court having considered the parties' Stipulation to Extend Time to Respond to |
| 2 | Defendants' Counterclaims to Plaintiffs' First Amended Class Action Complaint ("Stipulation") |
| 3 | and good cause appearing, |
| 4 | IT IS HEREBY ORDERED: |
| 5 | 1. The Stipulation is approved; and |
| 6 | 2. Plaintiffs Troy Lindell and Mark Pope have to and including May 3, 2012 to |
| 7 | answer or otherwise respond to Defendants' Counterclaims to Plaintiffs' First |
| 8 | Amended Class Class Action Complaint. |

IT IS SO ORDERED.

Dated:   **April 19, 2012**          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE