UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL AND MARK POPE, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1: 11-cv-02053-LJO-BAM<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN ORDER TO SEAL CM/ECF DOCUMENT 36** |

The Court having considered Defendants' *Ex Parte* Application for an Order to Seal CM/ECF Document 36, and good cause appearing, Document 36 on the CM/ECF Civil Docket for the above-captioned matter shall be sealed.

IT IS SO ORDERED.

Dated:   **May 1, 2012**                            /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE

**ORDER**