1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TROY M. LINDELL AND MARK POPE,          Case No. 1:11-CV-02053-LJO-BAM
    ON BEHALF OF THEMSELVES AND
12  ALL OTHERS SIMILARLY SITUATED,

13              Plaintiffs,                  **ORDER DISMISSING MARK
                                            POPE, WITH PREJUDICE, AS A
14          vs.                             PLAINTIFF AND AS A MEMBER
                                            OF THE PUTATIVE CLASS**
15  SYNTHES USA, SYNTHES USA SALES
16  LLC, SYNTHES SPINE COMPANY, LP,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

---

CASE NO.  11-CV-02053-LJO-BAM                [PROPOSED] ORDER DISMISSING MARK POPE,
                                             WITH PREJUDICE

1       The Court having considered the parties' Stipulation to Dismiss Mark Pope, with

2   Prejudice, as a Plaintiff and as a Member of the Putative Class,

3       IT IS HEREBY ORDERED, as follows:

4       1.  Mark Pope shall be dismissed, with prejudice, as a plaintiff and as a member of the

5         putative plaintiff class from this Action, and therefore, Mark Pope will not share in

6         any recovery in this Action, if any;

7       2.  Synthes' counterclaims against Mark Pope will be dismissed with prejudice, although

8         Synthes' claim for Declaratory Relief against Plaintiff Lindell for unreimbursed

9         business expenses will not be affected; and

10      *3.*  Synthes will not seek any fees and/or costs against Mark Pope in connection with

11        Mark Pope's bankruptcy proceedings or in this Action.

12        The clerk is directed not to close this action.

16  IT IS SO ORDERED.

18    Dated:  **June 18, 2012**            **/s/ Lawrence J. O'Neill**

                                   UNITED STATES DISTRICT JUDGE