1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  | TROY M. LINDELL AND MARK POPE, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED, | Case No. 1:11-CV-02053-LJO-BAM |
| --- | --- |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| vs. | |
| SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP, | |
| Defendants. | |

090725.02260/95081446v.1

**ORDER GRANTING
STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court, having considered the parties' Stipulation to Continue Initial Scheduling
2  Conference and good cause appearing,
3  IT IS HEREBY ORDERED:
4  1. The Stipulation is approved;
5  2. The Initial Scheduling Conference shall be continued to July 31, 2012 at 9:30am; and
6  3. The parties shall file their Joint Scheduling Conference Report on July 24, 2012.

IT IS SO ORDERED.

**Dated:  6/29/2012**          **/s/ Barbara A McAuliffe**
                               UNITED STATES MAGISTRATE JUDGE

090725.02260/95081446v.1                    1

**ORDER GRANTING
STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com