# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LINDELL, | CASE NO. 1:11-cv-2053-AWI-BAM |
| Plaintiff, | **PRELIMINARY SCHEDULING ORDER** |
| vs. | |
| SYNTHES USA, | |
| Defendant. | |

This Court conducted a preliminary scheduling conference on July 31, 2012, in the chambers of United States Magistrate Judge Barbara A. McAuliffe. Plaintiff Troy Lindell, individually and on behalf of others similarly situated, appeared in person by counsel Catha Worthman, Ana de Alba and Charles Taylor. Defendant Synthes USA, appeared by telephone and in person by counsel Michael Helsley, Anthony Haller, and Larry Wood.

After discussion with counsel, the Court SETS the following dates for class certification only:

1. **Non-Expert Discovery Cutoff:**          January 18, 2013
2. **Expert Disclosures:**                    April 12, 2013
3. **Rebuttal Expert Disclosures:**           April 26, 2013
4. **Expert Discovery Cutoff:**               May 24, 2013
5. **Class Certification Motion Filing Deadline:**  June 27, 2013
6. **Date for Opposition:**                   July 30, 2013

| | | |
|---|---|---|
| 7. | **Date for Reply:** | August 14, 2013 |
| 8. | **Class Certification Hearing:** | Date: August 30, 2013<br>Time: 10:00 AM<br>Dept. 8(BAM) |

IT IS SO ORDERED.

**Dated:   August 3, 2012**                    /s/ **Barbara A. McAuliffe**
                                                                   UNITED STATES MAGISTRATE JUDGE