1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL AND MARK POPE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**<br><br>The Honorable Barbara A. McAuliffe |

The Court, having considered the parties' Stipulation to Amend the Scheduling Order, and finding good cause GRANTS the parties stipulation as follows:

**IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Motion and Motion to Compel (Doc. 61) is WITHDRAWN;

2. The Court enters the following revised dates for class certification only:

| | |
|---|---|
| **Non Expert Discovery Cutoff:** | March 18, 2013 |
| **Expert Disclosures:** | May 13, 2013 |
| **Rebuttal Expert Disclosures:** | May 27, 2013 |
| **Expert Discovery Cutoff:** | June 24, 2013 |
| **Class Certification Motion Filing Deadline:** | July 26, 2013 |
| **Date for Opposition:** | August 30, 2013 |
| **Date for Reply:** | September 13, 2013 |
| **Class Certification Hearing:** | September 27, 2013 10:00 a.m. |

IT IS SO ORDERED.

Dated: **November 14, 2012**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE