UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF LINDELL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES** |

The Court, having considered the parties' Stipulation to Continue Hearing on Plaintiff Lindell's Motion to Compel Production of Documents and Further Responses to Interrogatories, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff Lindell's Motion to Compel is CONTINUED to May 17, 2013, at 9:30 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: __April 30, 2013__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

090725.02260/22216967v.1