Catha Worthman (SBN 230399)
Angelica K. Jongco (SBN 244374)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, California 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
cworthman@lewisfeinberg.com
ajongco@lewisfeinberg.com

Charles Trudrung Taylor (SBN 127105)
Ana de Alba (SBN 253917)
LANG, RICHERT & PATCH
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: (559) 228-6700
Facsimile: (559) 228-6727
ctt@lrplaw.net
ada@lrplaw.net

Counsel for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No.: No. 11-cv-02053-LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES**<br><br>**DATE: June 14, 2013**<br>**TIME: 9:00 a.m.**<br>**CTRM: 8** |

WHEREAS Plaintiff's Motion to Compel Production of Documents and Further Responses to Interrogatories (ECF No. 69) is set to be heard on June 7, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe (ECF No. 76);

WHEREAS in order to facilitate the process of meeting and conferring to offer a clear presentation of the issues before the Court an extension of time to hear this Motion is required;

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
2  counsel on behalf of the respective parties that the Motion be continued to June 14, 2013, at 9:00
3  AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

4   WHEREFORE, the parties request that the Court enter the attached order confirming the
5  continuation of the Motion stipulated to by the parties, as set forth above.

6  Dated: May 31, 2013                                  Respectfully submitted,

8                                                      By:_____*/s/ Catha Worthman*
                                                              Catha Worthman

10                                                     Catha Worthman (SBN 230399)
                                                       Angelica K. Jongco (SBN 244374)
11                                                     LEWIS, FEINBERG, LEE, RENAKER &
                                                       JACKSON, P.C.
12                                                     476 9th Street
                                                       Oakland, California 94607
13                                                     Telephone: (510) 839-6824
                                                       Facsimile: (510) 839-7839
14                                                     cworthman@lewisfeinberg.com
                                                       ajongco@lewisfeinberg.com
15

17                                                     By:_____*/s/ Charles Trudrung Taylor*
                                                              Charles Trudrung Taylor
18
19                                                     Charles Trudrung Taylor (SBN 127105)
                                                       Ana de Alba (SBN 253917)
20                                                     LANG, RICHERT & PATCH
                                                       Fig Garden Financial Center
21                                                     5200 North Palm Avenue, Fourth Floor
                                                       Fresno, California 93704
22                                                     Telephone: (559) 228-6700
                                                       Facsimile: (559) 228-6727
23                                                     ctt@lrplaw.net
                                                       ada@lrplaw.net
24                                                     Counsel for Plaintiffs and the Proposed
                                                       Class

| | |
|---|---|
| DATED: May 31, 2013 | By:      /s/Anthony Haller |
| | Anthony Haller |
| | Harrison Lee |
| | BLANK ROME LLP |
| | One Logan Square 130 North 18th Street \| Philadelphia, PA 19103-6998 |
| | Phone: 215.569.5370 |
| | Facsimile: 215.832.5370 |
| | HALLER@Blankrome.com |
| | Lee-H@BlankRome.com |
| | Attorneys for Defendants |
| | SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP |

## ORDER

The Court, having considered the parties' Stipulation to Continue Plaintiff's Motion to Compel Production of Documents and Further Responses to Interrogatories, and finding good cause GRANTS the parties stipulation. Plaintiff's Motion is continued to **June 14, 2013, at 9:00 AM**, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

   Dated:   **June 4, 2013**             /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE