UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PRODUCTION SET FORTH IN JUNE 18, 2013 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL, AND TO REVISE CURRENT CASE SCHEDULE** |

The Court, having considered the parties' Stipulation to Extend Deadline for Production Set Forth in June 18, 2013 Order Granting in Part and Denying in Part Plaintiff's Motion to Compel, and to Revise Current Case Schedule, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;

2. The Court enters the following revised dates:

| | |
|---|---|
| **Synthes' Further Response to Interrogatory Nos. 1-8:** | July 15, 2013 |
| **Synthes' Further Response to Interrogatory No. 9 and Document Request Nos. 51, 60-67:** | July 31, 2013 |
| **Class Certification Motion Filing Deadline:** | August 30, 2013 |
| **Date for Opposition:** | October 4, 2013 |

090725.02260/22231694v.1

| | |
|---|---|
| **Date for Reply:** | October 18, 2013 |
| **Class Certification Hearing:** | November 1, 2013<br>10:00 AM |

IT IS SO ORDERED.

Dated:  **July 3, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

090725.02260/22231694v.1

2

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PRODUCTION SET FORTH IN JUNE 18, 2013 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL, AND TO REVISE CURRENT CASE SCHEDULE