UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>　　　　Defendants. | Case No.: No. 11-cv-02053-LJO-BAM<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON CLASS CERTIFICATION** |

**ORDER**

On August 23, 2013, the parties entered a stipulation to modify the briefing schedule on Plaintiffs' Motion for Class Certification. (Doc. 85.) Having considered the parties' stipulation, and for good cause shown, the Court enters the following modified briefing schedule on Plaintiffs' Motion for Class Certification:

　　Class Certification Motion Filing Deadline: **September 20, 2013;**

　　Defendants' Opposition: **October 25, 2013;**

　　Plaintiffs' Reply: **November 8, 2013.**

/././

/././

1  A hearing on Plaintiffs' Motion for Class Certification will be held on **November 22,**
2  **2013,** at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

3  IT IS SO ORDERED.
4

5  Dated:   **August 26, 2013**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE
6