# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

Having considered Plaintiffs' Notice of Request to Seal, Request to Seal, and the documents to be filed under seal, pursuant to Local Rule 141, Plaintiffs' Request to Seal Documents is hereby GRANTED. Plaintiffs shall narrowly tailor their redactions in the manner described in the Notice of Request to Seal Documents. (Doc. 95.) Plaintiffs shall file their redacted copies within two Court days. Failure to timely file documents may result in delay in resolving the motion pending before the Court.

IT IS SO ORDERED.

Dated:  **October 11, 2013**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE