1
2
3
4

## UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>                    Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br><br>**ORDER MODIFYING BRIEFING SCHEDULE FOR CLASS CERTIFICATION** |

7
8
9
10
11
12
13
14

The Court, having considered the parties' Stipulation to Revise Current Case Schedule, modifies the briefing schedule on Plaintiff's Motion for Class Certification as follows:

15
16

1.  Defendants' Opposition to Plaintiff's Motion for Class Certification shall be filed on or before **October 29, 2013, by 10:00 a.m.**;

17

2.  Plaintiff's Reply shall be filed on or before **November 15, 2013**;

18
19
20
21

3.  A hearing on Plaintiff's Motion for Class Certification is set for **December 20, 2013, at 9:00 a.m.**, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. While currently set for December 20, the hearing may be continued at a later date based upon the Court's press of business.

22
23

IT IS SO ORDERED.

24

Dated:   **October 25, 2013**            ___/s/ *Barbara A. McAuliffe*___
                                            UNITED STATES MAGISTRATE JUDGE

25
26
27
28