1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9

10    TROY M. LINDELL AND MARK POPE, ON
      BEHALF OF THEMSELVES AND ALL OTHER
      SIMILARLY SITUATED,

11

                              Plaintiffs,

12

13            vs.

14    SYNTHES USA, SYNTHES USA SALES LLC,
      SYNTHES SPINE COMPANY, LP,

15

                              Defendants.

16

Case 1:11-cv-02053-LJO-BAM

**ORDER GRANTING  DEFENDANTS'
*EX PARTE* APPLICATION FOR AN
ORDER TO SEAL CM/ECF DOCKET
102 AND 103**

17        The Court having considered Defendants' *Ex Parte* Application for an Order to Seal or

18    Remove CM/ECF Docket 102 and 103, and good cause appearing based upon Docket 102

19    previously being stricken, IT IS HEREBY ORDERED that Docket 102 and 103 on the CM/ECF

20    Civil Docket shall be SEALED.

21        The Clerk of Court is ordered to seal CM/ECF Docket 102 and 103.

22

23    IT IS SO ORDERED.

24     Dated:   **November 6, 2013**          ___/s/ *Barbara A. McAuliffe*___
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

ORDER