# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |

Having considered Defendants' Notice of Request to Seal Documents and the documents to be filed under seal pursuant to Local Rule 141, Defendants' Request to Seal Documents (Doc. 114) is hereby GRANTED. Within two days of the date of this Order, Defendants shall file unreacted versions of their Opposition to Plaintiff's Motion for Class Certification and supporting declarations and exhibits in a manner consistent with Defendants' Request for an Order to Seal Documents. (Doc. 114.)

IT IS SO ORDERED.

Dated:  **November 6, 2013**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE