# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

Having considered Plaintiff's Notice of Request to Seal and Request to Seal (Doc. 119), and the documents to be filed under seal, pursuant to Local Rule 141, Plaintiff's Request to Seal Documents is hereby GRANTED.

Within two days of the date of this Order, Plaintiff shall file unredacted versions of his exhibits to the Supplemental Declaration of Angelica Jognco in Support of Plaintiff's Motion for Class Certification in a manner consistent with Plaintiff's Request for an Order to Seal Documents. (Doc. 119.)

IT IS SO ORDERED.

Dated:   **December 2, 2013**            /s/ Barbara A. McAuliffe         _
                                        UNITED STATES MAGISTRATE JUDGE

- 1 -