# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION** |

The Court, having considered the parties' Stipulation to Continue Hearing on Motion for Class Certification (Doc. 127), and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;

2. The Court enters the following revised dates:

The hearing on Plaintiff's Motion for Class Certification (Doc. 87) and Defendants' Motion to Strike (Doc. 120) is set for **February 14, 2014**, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.  Plaintiff shall file his opposition to Defendants' Motion to Strike on or before **January 31, 2014.**  Defendants shall file their reply brief on or before **February 7, 2014.**

IT IS SO ORDERED.

Dated: **January 8, 2014**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE