# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO REVISE CURRENT CASE SCHEDULE** |

The Court, having considered the parties' Stipulation to Revise Current Case Schedule, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;
2. The Court enters the following revised dates:

| | |
|---|---|
| **Non-Expert Discovery Cutoff:** | March 31, 2015 |
| **Expert Disclosure Deadline:** | April 1, 2015 |
| **Supplemental Expert Disclosure Deadline:** | April 30, 2015 |
| **Expert Discovery Cutoff:** | June 8, 2015 |
| **Pretrial Motion Filing Deadline:** | July 15. 2015 |
| **Summary Judgment Filing Deadline:** | July 15, 2015 |

IT IS SO ORDERED.

Dated:   **January 27, 2015**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE