Catha Worthman (SBN 230399)
Kirsten Scott (SBN 253464)
Michael Caesar (SBN 280548)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 9th Street
Oakland, California 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
cworthman@lewisfeinberg.com
kscott@lewisfeinberg.com
mcaesar@lewisfeinberg.com

Charles Trudrung Taylor (SBN 127105)
Ana de Alba (SBN 253917)
LANG, RICHERT & PATCH
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: (559) 228-6700
Facsimile: (559) 228-6727
ctt@lrplaw.net
ada@lrplaw.net

*Counsel for Plaintiff and the Certified Classes*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**STIPULATION AND ORDER RE: WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL**<br><br>Date:   February 20, 2015<br>Time:   9:00 a.m.<br>Courtroom 8 |

1 WHEREAS, on January 30, 2015, Plaintiff filed a Notice of Motion and Motion to Compel Pursuant to Local Rule 251 (ECF No. 170) seeking an order (1) compelling Defendants to respond in full to Requests for Production of Documents Nos. 1-3, which seek documents from Defendants setting forth the expense, deduction, and compensation policies that have affected Synthes Sales Consultants in California since 2007, and (2) compelling the appearance of Defendants' designated representative(s) for a Rule 30(b)(6) deposition;

WHEREAS, on February 6, 2015, the parties stipulated to the Court's Informal Discovery Dispute Resolution process;

WHEREAS, on February 6, 2015, the Court set a telephone conference call with the Court for February 11, 2015, at 9:30 a.m., to address the pending discovery dispute;

WHEREAS, in meet and confer efforts the parties have resolved their current discovery disputes, while reserving rights, objections, and arguments that may be presented to the parties and to the Court in the future, by (1) the parties agreeing that the 30(b)(6) deposition shall take place on February 25, 2015, and (2) Defendants producing additional policy documents, and confirming that Defendants have now produced all policy documents setting forth the expense, deduction, and compensation policies that have affected Synthes Sales Consultants in California since 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the respective parties, that Plaintiff shall withdraw his pending Motion to Compel (ECF No. 170), and the matter shall be taken off calendar.

DATED: February 11, 2015      BLANK ROME LLP

By: /s/ *Anthony Haller*
    Anthony Haller
Attorneys for Defendants
SYNTHES USA, SYNTHES USA SALES LLC,
SYNTHES SPINE COMPANY, LP

| | |
|---|---|
| DATED: February 11, 2015 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | By: /s/ *Kirsten Scott* |
| | Kirsten Scott |
| | Attorneys for Plaintiffs |
| | TROY M. LINDELL AND MARK POPE and the Proposed Class |

ORDER

IT IS SO ORDERED, pursuant to the parties' Stipulation, Plaintiff's Motion to Compel (ECF No. 170) shall be taken off calendar.

Dated: **February 12, 2015**       /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE