# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF LINDELL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES; AND TO EXTEND DISCOVERY CUT-OFFS BY TWO WEEKS** |

The Court, having considered the parties' Stipulation (Doc. 180) to Continue Hearing on Plaintiff Lindell's Motion to Compel Production of Documents and Further Responses to Interrogatories and to Extend Discovery Cut-Offs by Two Weeks, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;
2. Plaintiff Lindell's Motion to Compel (Doc. 178) is continued from March 3, 2015 at 3:00 p.m. to **March 20, 2015 at 2:00 PM**;
3. The fact discovery cut-off shall be extended from March 31, 2015 to April 14, 2015;

4. The expert disclosure deadline shall be extended from April 1, 2015 to April 15, 2015;

5. The supplemental expert disclosure deadline shall be extended from April 30, 2015 to May 14, 2015;

6. The expert discovery cutoff shall be extended from June 8, 2015 to June 22, 2015.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **March 2, 2015**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE