# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**STIPULATION AND ORDER RE: PLAINTIFF LINDELL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES** |

WHEREAS, on February 13, 2015, Plaintiff Troy Lindell ("Plaintiff") filed a Motion to Compel Production of Documents and Further Responses to Interrogatories ("Motion to Compel");

WHEREAS, the Motion to Compel was to be heard on March 20, 2015, at 2:00pm before Magistrate Judge McAuliffe, pursuant to the Court's March 2, 2015 Order granting the parties' stipulation regarding various scheduling matters (Docket No. 181);

WHEREAS, through meet and confer efforts, counsel for the parties have resolved most of the matters in dispute;

WHEREAS, the parties have agreed to participate in the Court's informal discovery resolution process and have scheduled a telephonic conference with the Court for March 19, 2015 at 10:00am to resolve the remaining disputes in lieu of proceeding with the March 20, 2015 hearing on Plaintiff's Motion to Compel;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the respective parties, that the hearing on Plaintiff's Motion to Compel scheduled for March 20, 2015 at 2:00pm shall be taken off calendar, and the telephonic discovery conference shall be added to the Court's calendar for March 19, 2015 at 10:00am.

/ /

/ /

1  //

2  //

3      IT IS SO STIPULATED.

4                                          BLANK ROME LLP

5  DATED:  March 13, 2015

6                                          By: /s/ Anthony B. Haller
                                                Anthony B. Haller
7                                          Attorney for Defendants
                                            SYNTHES USA, SYNTHES USA SALES LLC,
8                                          SYNTHES SPINE COMPANY, LP

9  DATED:  March 13, 2015                  WANGER JONES HELSLEY PC

10
                                            By: /s/ Michael S. Helsley
11                                              Michael S. Helsley
                                            Attorney for Defendants
12                                          SYNTHES USA, SYNTHES USA SALES LLC,
                                            SYNTHES SPINE COMPANY, LP
13

14

15 DATED:  March 13, 2015                  LEWIS, FEINBERG, LEE, RENAKER & JACKSON,
                                            P.C.
16

17                                          By: /s/ Kirsten G. Scott
                                                Kirsten G. Scott
18                                          Attorney for Plaintiff TROY M. LINDELL and the
                                            CLASS
19

20
                                            ORDER
21

22      The Stipulation is approved.  The parties shall submit their two-page summary of the items

23 which remain in dispute no later than 4:00 p.m. on Tuesday, March 17, 2015.

24 IT IS SO ORDERED.

25
      Dated:   **March 16, 2015**              /s/ Barbara A. McAuliffe
26                                             UNITED STATES MAGISTRATE JUDGE

27

28
      **STIPULATION AND ORDER REGARDING HEARING ON PLAINTIFF'S MOTION TO COMPEL**