# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION RE: INFORMAL DISCOVERY RESOLUTION CONFERENCE AND DISCOVERY DEADLINES** |

The Court, having considered the parties' Stipulation re: Informal Discovery Resolution Conference and Discovery Deadlines, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved and resolves the Motion to Compel filed on February 13, 2015 (Doc. 178);
2. The informal discovery telephone conference with the Court set for March 19, 2015 at 10:00am shall be taken off calendar;
3. The fact discovery cut-off shall be extended from April 14, 2015 to May 5, 2015;
4. The expert disclosure deadline shall be extended from April 15, 2015 to May 8, 2015; and
5. The supplemental expert disclosure deadline shall be extended from May 14, 2015 to June 5, 2015;
6. The parties are advised that notwithstanding the above modifications, the deadlines for the filing of pretrial motions including motions for summary judgment remains as July 15, 2015

as previously ordered on January 27, 2015. (Doc. 169). Any opposition is due three weeks after the filing. The reply is due two weeks after the opposition. See, Doc. 154.

IT IS SO ORDERED.

Dated: **March 18, 2015**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

090725.02260/12487743v.2

**[PROPOSED] ORDER GRANTING**
**STIPULATION RE: DISCOVERY CONFERENCE AND DISCOVERY DEADLINES**