**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO REVISE CURRENT CASE SCHEDULE**<br><br>(Doc. 197) |

On August 7, 2015, the parties filed a Stipulation to Revise the Current Case Schedule. (Doc. 197.) Pursuant to that stipulation, the parties request an extension of the expert discovery deadline to September 16, 2015, and an extension of the dispositive motion deadline to September 23, 2015. The parties explain that they require additional time to complete expert discovery, and have agreed upon dates for the depositions of expert witnesses in September 2015, and have confirmed private mediation on October 30, 2015. (Doc. 197.)

On August 11, 2015, the Court held a telephonic status conference to discuss the stipulation and case management in light of the confirmed date for private mediation.

Following consideration of the parties' stipulation and the discussion during the telephonic conference, IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved;
2. The expert discovery deadline is extended from August 21, 2015, to September 16, 2015;

3. To accommodate mediation scheduled for October 30, 2015, the last day to file pretrial dispositive motions, including motions for summary judgment, shall be extended from August 28, 2015, to September 23, 2015.  Oppositions to any such motions shall be filed on or before October 21, 2015.  Replies, if necessary following mediation, shall be filed on or before November 20, 2015; and

4. The hearing date for all pretrial dispositive motions, including motions for summary judgment, shall be December 10, 2015, at 8:30 a.m. in Department 4 (LJO) before United States District Court Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **August 11, 2015**              /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE