Blank Rome LLP
Howard M. Knee (SBN 55048)
knee@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Blank Rome LLP
Anthony B. Haller (*Pro Hac Vice*)
haller@blankrome.com
Larry R. Wood, Jr. (*Pro Hac Vice*)
lwood@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5690/5659
Facsimile:   215.832.5690/5659

Wanger Jones Helsley PC
Oliver W. Wanger (SBN 40331)
Michael S. Helsley (SBN 199103)
265 E. River Park Circle, Ste 310
Fresno, CA 93720
Telephone:    559.233.4800
Facsimile:    559.233.9330

Attorneys for Defendants
SYNTHES USA, SYNTHES USA SALES LLC, and
SYNTHES SPINE COMPANY, LP

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendant(s). | Case No. 11-cv-02053-LJO-BAM<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER ENLARGING THE PAGE LIMITS FOR DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF THEIR MOTION TO DECERTIFY EXPENSE CLASS AND DEDUCTION CLASS; AND ENLARGING PLAINTIFFS' PAGE LIMITS** |

090725.02260/101417234v.1

**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR ENLARGEMENT OF PAGE LIMITS**

# ORDER

This Court, having considered Defendants' *Ex Parte* Application for an order enlarging the page limits for Defendants' Brief in Support of Their Motion for Summary Judgment and Defendants' Brief in Support of Their Motion to Decertify the Expense and Deduction Class, and any Opposition thereto, hereby **ORDERS** that Defendants' Application is **GRANTED**. The page limits for (a) Defendants' Brief in Support of their Motion for Summary Judgment and (b) Defendants' Brief in Support of their Motion to Decertify the Expense and Deduction Class are enlarged from twenty-five (25) to thirty-five (35) pages. In the interest of fairness, the page limits for Plaintiffs' responsive briefs are likewise enlarged from twenty-five (25) to thirty-five (35) pages.

IT IS SO ORDERED.

Dated: __September 10, 2015__          __/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE