**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP, <br><br> Defendants. | Case No. 1:11-CV-02053-LJO-BAM <br><br><br> **ORDER GRANTING STIPULATION TO REVISE CURRENT CASE SCHEDULE** <br><br> (Doc. 205) |

The Court, having considered the parties' Stipulation to Revise Current Case Schedule, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;
2. The last day to file pretrial dispositive motions, including motions for summary judgment, shall be extended from September 23, 2015 to September 24, 2015.
3. All other dates and deadlines shall remain as set forth in this Court's August 12, 2015 Order (ECF No. 200)

IT IS SO ORDERED.

Dated:   **September 17, 2015**         /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE

[