# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP, <br><br> Defendants. | Case No. 1:11-CV-02053-LJO-BAM <br><br><br> **ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** <br><br> **Judge: Hon. Hon. Lawrence J. O'Neill** <br>         **Courtroom 4** <br> **Date:  December 10, 2015** <br> **Time:  8:30 am** |

Having considered Defendants' Notice of Request to Seal Documents, Request to Seal Documents, and the documents to be filed under seal, pursuant to Local Rule 141, Defendants' Request to Seal Documents is hereby GRANTED.

IT IS SO ORDERED.

Dated:  __September 25, 2015__       _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS

090725.02260/101484481V.1