# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE** |

The Court, having considered the parties' Stipulation to Continue Scheduling Conference and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;
2. The Scheduling Conference presently calendared for February 18, 2016, shall be continued to March 1, 2016 at 9:30 am; and
3. The parties shall file their Joint Scheduling Conference Report by February 23, 2016.

IT IS SO ORDERED.

Dated:   **February 10, 2016**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE