**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL SCHEDULING CONFERENCE** |

The Court, having considered the parties' Stipulation to Continue Trial Scheduling Conference and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;
2. The Trial Scheduling Conference presently calendared for June 2, 2016 shall be continued to June 16, 2016 at 8:30 am; and
3. The parties shall file their Joint Scheduling Conference Report by June 9, 2016.

IT IS SO ORDERED.

Dated:  **May 24, 2016**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE