# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>Defendants. | Case No. 1:11-CV-02053-LJO-BAM<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

The Court, having considered the parties' Stipulation to Continue Trial Scheduling Conference and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;
2. Plaintiffs shall move for preliminary approval of the class action settlement in this matter by no later than August 5, 2016.

IT IS SO ORDERED.

Dated: __August 1, 2016__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE