# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

                   Plaintiffs,

    vs.

SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,

                   Defendants.

Case No. 1:11-CV-02053-LJO-BAM

**ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY APPROVAL HEARING FOR CLASS ACTION SETTLEMENT**

The Court, having considered the parties' Stipulation to Continue Preliminary Approval Hearing for Class Action Settlement and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved; and

2. The Preliminary Approval Hearing presently noticed for September 2, 2016 shall be continued to September 9, 2016 at 9:00 am.

IT IS SO ORDERED.

Dated:  **August 30, 2016**               /s/ *Barbara A. McAuliffe*

                                    UNITED STATES MAGISTRATE JUDGE