UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiff,<br><br>vs.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY, LP,<br><br>  Defendants. | Case No.: No. 11-cv-2053-LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On December 13, 2011, Plaintiff Troy Lindell, individually, and on behalf of himself and others similarly situated, initiated this class action alleging various wage and hour violations against Defendant, Synthes USA, *et al*.

On August 5, 2016, Plaintiff filed a Motion for Preliminary Approval of the Class Action Settlement. (Doc. 249). On September 14, 2016, Defendants filed a non-opposition to the motion. (Doc. 258). On September 9, 2016, Magistrate Judge Barbara A. McAuliffe held a hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and on September 13, 2016, the Magistrate Judge issued Findings and Recommendations recommending that the Motion for Preliminary Approval be granted in full. (Doc. 257). The Findings and Recommendations were served on all of the parties with instructions that any objections must be filed within fourteen (14) days. The parties have a filed a joint statement of non-opposition. (Doc. 258).

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated September 13, 2016, are ADOPTED IN FULL;

2. Plaintiff's Motion for Preliminary Approval of the Settlement Agreement is GRANTED.

IT IS SO ORDERED.

Dated:   **September 20, 2016**            /s/ Lawrence J. O'Neill
                                                                 UNITED STATES CHIEF DISTRICT JUDGE