UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY M. LINDELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SYNTHES USA, SYNTHES USA SALES LLC, SYNTHES SPINE COMPANY LP,<br><br>Defendants. | Case No.: 1:11-cv-02053-LJO-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING (1) PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) MOTION FOR ATTORNEYS' FEES & COSTS AND CLASS REPRESENTATIVE SERVICE AWARD<br><br>(Doc. 270) |

On December 20, 2016, the magistrate judge assigned to this action issued Findings and Recommendations recommending that Plaintiff's motion for final approval of class action settlement and Plaintiff's motion for attorneys' fees, costs and expenses, and class representative service award be granted in full. (Doc. 270). The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days. On December 23, 2016, the parties filed a joint notice of non-opposition to the Findings and Recommendations. (Doc. 271). No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated December 20, 2016, are ADOPTED IN FULL;

2. Plaintiff's Motion for Final Approval of the Class Action Settlement is GRANTED;

3. The terms of the proposed Settlement Agreement are found to be fair, adequate and reasonable and comply with Rule 23(e) of the Federal Rules of Civil Procedure;

4. Plaintiff's request for certification of the Settlement Class is GRANTED, and the classes are defined as:

 a. An "Expense Class" of all former and current sales consultants who were employed by Synthes in California from four years prior to the filing of this action (December 13, 2007) to July 14, 2016, and who were subject to the following "straight commission" compensation policies:

   i. The policy that sales consultants from the Trauma and Spine Sales Divisions who receive "straight commission" "are not eligible for an automobile allowance or in-territory business expense reimbursement"; and

   ii. The policy that sales consultants from the CMF Sales Division receive "a predetermined base salary of $30,000, plus a higher level of commission with no expenses;" and

 b. A "Deductions Class" of all former and current Sales Consultants who were employed by Synthes in California from four years prior to the filing of this action (December 13, 2007) to July 14, 2016, who at some time during Synthes' employ had a deduction assessed against them. For purposes of the settlement, the above-defined settlement class is found to meet all of the requirements of Rule 23(a) and 23(b)(2).

5. The notice provided to the settlement class members, as well as the means by which it was provided, constitutes the best notice practicable under the circumstances and is in full compliance with the United States Constitution and the requirements of Due Process and Rule 23 of the Federal Rules of Civil Procedure. Further, such notice fully and accurately informed settlement class members

2

of all material elements of the lawsuit and proposed class action settlement, and each member's right and opportunity to object to the proposed class action settlement;

6. Plaintiff Troy Lindell is appointed as a suitable representative for the Settlement Class;

7. Todd Jackson, Catha Worthman, and Darin Ranahan at Feinberg, Jackson, Worthman & Wasow LLP, and Charles Trudrung Taylor and Ana de Alba at Lang, Richert & Patch are appointed as counsel for the Settlement Class;

8. The settlement of civil penalties under PAGA in the amount of $50,000 is approved, with seventy-five percent (75%), or $37,500, paid to the California Labor and Workforce Development Agency.

9. Claims administration expenses in an amount not to exceed $20,000 are approved for payment to Settlement Services, Inc. ("SSI");

10. Defendants are ordered to pay Class Members pursuant to the procedure described in the Settlement Agreement;

11. Plaintiff's motion for attorneys' fees, costs and expenses, and class representative service award is GRANTED as follows:

   a. Reasonable attorneys' fees in the amount of $1,500,000.00 and costs not to exceed $185,000 are awarded to class counsel; and

   b. A service award of $10,000 is awarded to Troy Lindell consistent with the terms of the Settlement Agreement; and

12. This action is DISMISSED and JUDGMENT shall be entered in accordance with the terms of the agreement; however, the Court shall retain continuing jurisdiction to interpret, implement and enforce the settlement, and all orders and judgment entered in connection therewith.

IT IS SO ORDERED.

Dated:   **January 6, 2017**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

3