## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**TROY M. LINDELL, ET AL.,**

                                              CASE NO: **1:11–CV–02053–LJO–BAM**

      v.

**SYNTHES USA, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/9/2017**

                                              **Marianne Matherly**
                                              Clerk of Court

ENTERED: **January 9, 2017**

                                  by:  /s/  A. Jessen
                                              Deputy Clerk